IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAM HOTEL MANAGEMENT, LLC; NIRAVANA HOSPITALITY, LLC; COLUMBUS HOSPITALITY, LLC; RAM ALPHARETTA HOSPITALITY, LLC; RAJABHINAND HOTEL, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HARTFORD FIRE INSURANCE COMPANY; CITY OF ALPHARETTA, <br><br> Defendants. | Case No. 1:21-CV-_____ |

## INDEX OF EXHIBITS

| **Exhibit** | **Description** |
|---|---|
| A | State Court Records in *RAM Hotel Management LLC, et al. v. Hartford Fire Insurance Company, et al.*, Case No. 2021CV345760 (Ga. Super. Ct., Fulton Cnty.) |
| B | City of Alpharetta April 1, 2020, Shelter-in-Place Ordinance |
| C | Order in *Ultimate Hearing Solutions II, LLC v. Hartford Underwriters Insurance Co.*, No. 20-cv-2401 (E.D. Pa. July 8, 2020), ECF No. 3 |