# Exhibit C

**Order in *Ultimate Hearing Solutions II, LLC v. Hartford Underwriters Insurance Co.*, No. 20-cv-2401 (E.D. Pa. July 8, 2020), ECF No. 3**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ULTIMATE HEARING SOLUTIONS II, LLC,** : | |
| **ULTIMATE HEARING SOLUTIONS III, LLC,** : | |
| **ULTIMATE HEARING SOLUTIONS IV, LLC,** : | |
| **ULTIMATE HEARING SOLUTIONS V, LLC,** : | |
| **ULTIMATE HEARING SOLUTIONS VI, LLC,** : | |
| **CLEAR HEARING SOLUTIONS, LLC,** : | |
| **CLEAR HEARING SOLUTIONS II, LLC,** : | |
| **CLEAR HEARING SOLUTIONS III, LLC, and** : | |
| **CLEAR HEARING SOLUTIONS IV, LLC,** : | |
| : | **CIVIL ACTION** |
| *Plaintiffs,* : | |
| : | |
| v. : | **NO. 20-2401** |
| : | |
| **HARTFORD UNDERWRITERS INSURANCE** : | |
| **COMPANY, THE HARTFORD FINANCIAL** : | |
| **SERVICES GROUP, INC. D/B/A THE HARTFORD,** : | |
| **TWIN CITIES FIRE INSURANCE COMPANY,** : | |
| **CONTINENTAL CASUALTY COMPANY,** : | |
| **and CNA FINANCIAL CORPORATION,** : | |
| : | |
| *Defendants.* : | |

# ORDER

**AND NOW**, this **8th** day of **July 2020**, it appearing that this breach of contract and bad faith action has been filed by two groups of plaintiffs located in four different states against five insurance companies involving two different contracts of insurance, it is **ORDERED** as follows:

1. The causes of action of each of the two groups of plaintiffs are

   **SEVERED**;

1

[Notice of Removal, Exhibit C, Page 1]

2. The Clerk shall **AMEND** the caption to reflect that **the only plaintiffs** are Ultimate Hearing Solutions II, LLC, Ultimate Hearing Solutions III, LLC, Ultimate Hearing Solutions IV, LLC, Ultimate Hearing Solutions V, LLC, and Ultimate Hearing Solutions VI, LLC and that **the only defendants** are Hartford Underwriters Insurance Company, The Hartford Financial Services Group, Inc., and Twin Cities Fire Insurance Company;

3. **Clear Hearing Solutions, LLC, Clear Hearing Solutions II, LLC, Clear Hearing Solutions III, LLC, and Clear Hearing Solutions IV, LLC shall file a separate civil action and shall pay the initial filing fee to the Clerk within ten days of the date of this Order**;

4. All civil actions filed pursuant to the preceding paragraph shall be randomly assigned by the Clerk.

                    **BY THE COURT:**

                    /s/ Chad F. Kenney

                    **CHAD F. KENNEY, JUDGE**